FILED

SEP 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CELLULAR TELEPHONE NUMBERS: (928) 279-3083, (602) 743-7025, (928) 279-3085, (661) 431-3902, (602) 384-0582, (602)743-7025, (608) 633-2398. | NO. 1: 06 SW 0269 LJO<br><br>ORDER AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION AND HISTORICAL CELL SITE INFORMATION |

This matter having come before the court pursuant to an application under Title 18, United States Code, Sections 2703(c) and (d), and by Assistant United States Attorney Marianne A. Pansa, an attorney for the Government as defined by Fed. R. Crim. P. 1(b)(1), requesting an order authorizing the release of subscriber information, toll records, and the precision location of mobile devices including global positioning satellite coordinates, as well as cell site location and transactional information for the following service providers and cellular numbers for September 1, 2006 and September 4, 2006:

      A. (928)279-3803 and (928) 279-3085, cellular numbers serviced by Sprint Nextel;

      B. (661)431-3902, a cellular number serviced by Cingular Wireless;

      C. (602)384-0582 and (602)743-7025, cellular numbers serviced by T-Mobile; and

      D. (608)633-2398 a cellular number serviced by All Tel Communications.

1

1  UPON REVIEW OF THE APPLICATION, THE COURT HEREBY FINDS THAT:
2      Pursuant to 18 U.S.C. §§ 2703(c)(1)(B) and 2703(d), Applicant has set forth specific and
3  articulable facts showing that there are reasonable grounds to believe that subscriber information,
4  toll records, and the precision location of mobile devices including global positioning satellite
5  coordinates, as well as cell site location and transactional information (not including the contents of
6  communications) for the subject numbers will be relevant and material to an ongoing criminal
7  investigation.
8      THEREFORE, IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 2703(c)(1)(B),
9  2703(c)(2) and 2703(d), Sprint Nextel, Cingular Wireless, T-Mobile, All Tel Communications
10     1. For the period of September 1, 2006, through September 4, 2006, agents of
11 the FBI were, and are authorized to secure subscriber information, toll records with
12 cell site locations and information as well as, precision location of mobile devices to
13 include global positioning satellite coordinates for the target telephones, and ;
14     2. For the period of September 1, 2006, through September 4, 2006, Sprint
15 Nextel, Cingular Wireless, All Tel Communication and T-Mobile USA, furnish
16 agents of the FBI with all cellular telephone site monitor and mobile tracking device
17 information for the target telephones, as well as the following transactional
18 information: (1) cell site activations, (2) numbers dialed, (3) call durations, (4)
19 signaling information pertaining to calls made to and from the target telephones,
20 (5) subscriber information for all incoming and outgoing dialed digits on the target
21 telephones, and (6) toll records.
22 DATED: September 22, 2006

                                                            United States Magistrate Judge
23                                                              Lawrence J. O'Neill