1  MCGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED

SEP 2 6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: CELLULAR TELEPHONE NUMBERS: (928) 279-3083, (602) 743-7025, (928) 279-3085, (661) 431-3902, (602) 384-0582, (602)743-7025, (608) 633-2398. | NO. : 1:06 SW 00269 LJO<br><br>REQUEST BY THE UNITED STATES TO UNSEAL ORDER AUTHORIZING RELEASE OF SUBSCRIBER INFORMATION AND RELEASE OF HISTORICAL CELL SITE INFORMATION |

The United States, by an through its attorneys, McGregor W. Scott, United States Attorney, and Marianne A. Pansa, Assistant United States Attorney, request leave of the court to unseal the court's order authorizing the release of subscriber information and release of historical cell site information, filed on September 25, 2006, for the limited purpose of serving the order on Sprint Nextel, Cingular Wireless, T-Mobile, and All Tel Communications who are the service providers and the subjects of the order. The United States also requests that the above mentioned service

///
///
///
///
///
///
///

1

1  providers not disclose in any manner, directly or indirectly, by an action or inaction, to any person,
2  the existence of the order, in full or redacted form, or any facts of this investigation, unless
3  otherwise ordered by the court.
4
5  Dated : September 26, 2006
6
   _____
   Marianne A. Pansa
7  Assistant United States Attorney
8
9  IT IS SO ORDERED :
10 DATED: September 25, 2006
   _____
   United States Magistrate Judge
11 Lawrence J. O'Neill